**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

ATAKAPA INDIAN DE
CREOLE NATION

VERSUS

TRUMP, ET AL.

CIVIL ACTION

19-28-SDD-EWD

## RULING

The Court has carefully considered the *Motion*[1] filed by Plaintiff, the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated February 14, 2020, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's *Second Motion for Leave*[4] is hereby DENIED.

**IT IS FURTHER ORDERED** that this case is hereby DISMISSED WITH PREJUDICE for lack of jurisdiction pursuant *Atakapa Indian de Creole Nation v. Louisiana*, 943 F.3d 1004, 1005 (5th Cir. 2019).

Signed in Baton Rouge, Louisiana on March 31, 2020.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc.12.
[2] Rec. Doc. 17.
[3] Rec. Doc. 22.
[4] Rec. Doc. 12.